UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

DARIUS LANE,

                       Plaintiff,

    -against-                              ORDER

COMMON GROUND MANAGEMENT        19 Civ. 8081 (GBD)
CORPORATION,

                       Defendant.

---------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
        November 26, 2019

                                                SO ORDERED.

                                                *George B. Daniels*
                                                GEORGE B. DANIELS
                                                United States District Judge